UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN DOE,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No.: 1:26-cv-07940-KES-CDB (PC)

**ORDER GRANTING DEFENDANT'S REQUEST FOR PLAINTIFF'S IDENTIFYING INFORMATION TO EFFECTUATE SERVICE**

(Doc. 14)

Plaintiff John Doe is a federal inmate proceeding pro se against Defendant United States of America under the Federal Tort Claims Act (FTCA).

**I. RELEVANT BACKGROUND**

Following the filing of Plaintiff's complaint, on October 6, 2026, the Court granted Plaintiff's request to proceed under a pseudonym (Doc. 5) and sealed "a document containing Plaintiff's full name, BOP number, and address, to be used by the Clerk of the Court for the exclusive purpose of effective service of filings, pleadings, and court orders …." (*see* Doc. 6 [minute order]).

On October 15, 2026, the Court screened Plaintiff's complaint and found it stated a cognizable Federal Tort Claims Act (FTCA) negligence claim. (Doc. 8.) The following day, the Court issued its Order Directing Service by the United States Marshals Service Without Prepayment of Costs. (Doc. 9.)

Thereafter, the United States Marshals Service filed proof of service of summons and complaint upon Defendant United States of America. (Docs. 11 & 12.)

On November 18, 2026, counsel for Defendant filed a Request for Plaintiff's Identifying Information to Effectuate Service. (Doc. 14.)

## II. DISCUSSION

In its request, Defendant proposes the Court issue an order that: (1) the Clerk of Court inform Defendant's counsel of Plaintiff's name, inmate number, and service address; (2) Defendant's counsel and anyone working for Defendant's counsel be directed not to file Plaintiff's true name and inmate number on the public docket; (3) any person serving documents on Defendant's behalf by mail shall identify Plaintiff by his true name, inmate number, and address on the envelope used to serve the documents on Plaintiff, and that the Certificate of Service to Plaintiff shall identify him by his true name, inmate number, and address without redaction; and (4) Defendant's counsel shall file any necessary Certificate of Service with the Court with redactions to Plaintiff's true name and inmate number. (Doc. 14.)

This action cannot proceed without Defendant's knowledge of Plaintiff's identity (to investigate and defend the case) and his address (to facilitate Defendant's service of all pleadings and filings upon Plaintiff). Defendant's proposal reasonably balances the relevant equities as it protects Plaintiff's identity on the docket for this action and ensures documents served to Plaintiff by Defendant should reach him without difficulty.

The Court previously entered an order prohibiting the parties "from disclosing or publishing the true name of Plaintiff except by order of this Court and as necessary toward the prosecution or defense of the case." (Doc. 5.) That order remains in effect and is not inconsistent with the order set forth below.

## III. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that:

1. The Clerk of the Court is **DIRECTED** to inform Defendant's counsel of record (Brendon Laurs Steffan Hansen) Plaintiff's true name, Bureau of Prisons (BOP) number, and service address as reflected in Docket entry number 7 (sealed);

2. Defendant's counsel and counsel's staff are **DIRECTED** *not to file* any document containing Plaintiff's true name and BOP number on the public docket (*see* Doc. 5);
3. Any person serving documents on Defendant's behalf to Plaintiff by mail shall identify Plaintiff by his true name, BOP number, and address on the envelope used to serve the document(s), and the accompanying Certificate of Service shall identify Plaintiff by his true name, BOP number, and address without redaction; and
4. Defendant's counsel is **DIRECTED** to file any necessary Certificate of Service with the Court with blackout redactions to Plaintiff's true name and BOP number.

Further, the Court **HEREBY ORDERS** Defendant to serve its answer to Plaintiff's complaint, in accordance with the instant order, **no later than November 24, 2026**.

IT IS SO ORDERED.

Dated: **November 19, 2026**

UNITED STATES MAGISTRATE JUDGE